IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JIMMIE D. COTHERN,

    Plaintiff,

v.                                              Civil Action No.: 2:22-cv-00399

SWIFT TRANSPORTATION COMPANY
OF VIRGINIA, INC.

and

ALEXANDER ROMERO, JR.

    Defendants.

## NOTICE OF SETTLEMENT

    In accordance with the instruction of the Court, Plaintiff hereby submits this Notice of Settlement to notify the Court that the parties have reached a settlement agreement and the above-captioned matter has been settled. The parties are in the process of finalizing the settlement documents and a final agreed and endorsed order shall be filed with the Court upon completion of the settlement.

                                                   Respectfully submitted,

Date: October 26, 2022                   **JIMMIE D. COTHERN**

                                                   By: /s/ Thomas A. Fitzgerald II, Esq.
                                                   Thomas A. Fitzgerald II, Esq. (VSB#29153)
                                                   *Counsel for Plaintiff*
                                                   KALFUS & NACHMAN, P.C.
                                                   870 N. Military Highway, Suite 300
                                                   P.O. Box 12889
                                                   Norfolk, VA 23541-0889
                                                   Telephone: (757) 461-4900
                                                   Fax: (757) 461-4900
                                                   taf@knlegal.com

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 26th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

       James R. Jebo, Esq.
       *Counsel for Defendants*
       Harman, Claytor, Corrigan & Wellman
       P.O. Box 70280
       Richmond, VA 23255
       jjebo@hccw.com

       _____/s/_____
       Thomas A. Fitzgerald II (VSB# 29153)
       *Counsel for Plaintiff*
       Kalfus & Nachman, PC
       870 North Military Highway, Suite 300
       Norfolk, Virginia 23502
       757-461-4900 telephone
       757-461-1518 facsimile
       taf@knlegal.com