IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JIMMIE D. COTHERN,

        Plaintiff,

v.                                              Civil Action No.: 2:22-cv-00399

SWIFT TRANSPORTATION COMPANY
OF VIRGINIA, INC.

and

ALEXANDER ROMERO, JR.

## STIPULATION OF DISMISSAL

        PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and request that this action be dismissed agreed, with prejudice.

Respectfully submitted:

| /s/ | /s/ |
|---|---|
| James R. Jebo (VSB No. 48418) | Thomas A. Fitzgerald, II, Esq. |
| Harman, Claytor, Corrigan & Wellman | VSB No. 29153 |
| P.O. Box 70280 | Kalfus & Nachman, P.C. |
| Richmond, Virginia 23255 | 870 N. Military Hwy., Suite 300 |
| 804-747-5200 - Phone | Norfolk, VA 23502 |
| 804-747-6085 - Fax | 757-461-4900 - Phone |
| jjebo@hccw.com | 757-461-1518 – Fax |
| *Counsel for Defendants* | taf@knlegal.com |
| | *Counsel for Plaintiff* |